**Joint Status Report Pursuant to Rule 26(f)**

Caption: Ramona Henry v Manufacturers and Traders Trust Company d/b/a M&T Bank    Civil Action No: 2:21-cv-03267

Basis of Jurisdiction: Federal Question: Employment Discrimination

Jury Trial: __X__   Non-Jury Trial: _____   Arbitration: _____

Plaintiff's counsel participating in the Rule 16 Conference: Robert H. Graff, Esq.
Defendants counsel participating in the Rule 16 Conference: Renee C. Mattei Myers, Esq.
Do counsel have full authority to settle at Rule 16 Conference? Yes

   If not, client with such authority who will attend conference:

When did the parties hold the Rule 26 Conference? 10/5/21
When did the parties comply with the Rule 26(a)'s duty of self-executing disclosure?  Pl: 10/4/21  Df: 9/30/21
Does either side expect to file a case-dispositive motion? __Yes__ (yes/no)

   If yes, under what Rule 56
   If yes, specify the issue   no disputed issue of material fact
   Proposed deadline for filing dispositive motions: 3/4/22
   Does either side anticipate the use of experts? TBD

      If yes, what is the proposed deadline for expert discovery?
Approximate date case should be trial-ready: 5/3/22
   Time for Plaintiff's case: 2 days   Time for Defendant's case: 2 days
Is a settlement conference likely to be helpful? __Yes__   If so, when:
   Early __No__ (yes/no)   After Discovery __Yes__ (yes/no)
Do the parties wish to proceed before a Magistrate Judge for final disposition? No

Plan for Discovery:

1. The parties anticipate that discovery should be completed within __120__ days.

2. What is the minimum amount of time necessary to complete discovery prior to an ADR session, should one be ordered or agreed to? 60 days

3. Have the parties discussed issues relating to claims of privilege or of protection as trial-preparation material, as required by Rule 26(f)(3)(D)? Yes

4. Identify any other discovery issues which should be addressed at the Rule 16 Conference, including limitations on discovery, protective Orders needed, or other elements which should be included in a particularized discovery plan.

5. If you contend the discovery period to exceed 90 days, please state reason:

   Intervening holidays, third-party witnesses, settlement conference

6. Do the parties anticipate the need to subpoena any third parties? __Yes__

   If yes, to the extent any authorizations or releases are required to be signed, counsel should exchange them in advance of the Rule 16 Conference.